■ In the Matter of ERASMO L. CARFORA (Also Known as ERASMO CARFARO), an Attorney.— Motion granted, pursuant to section 90 of the Judiciary Law. Respondent will be reinstated as an attorney and counselor at law in the State of New York upon taking the appropriate oath. Concur — Markewich, J. P., Nunez, Kupferman, Murphy and Lane, JJ.